# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1446
_____

MICHAEL A. ANDERSON,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION,

    Appellee.

_____

On appeal from the Department of Business and Professional
Regulation.
Halsey Beshears, Secretary.

September 8, 2021

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and ROBERTS and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael J. Henry of Dunlap & Shipman, P.A., Santa Rosa Beach, for Appellant.

Joseph Yauger Whealdon, III, Chief Appellate Counsel, Department of Business & Professional Regulation, Tallahassee, for Appellee.